**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 9:25-cv-81521-EA**

**James P Marinacci, et al.**,

Plaintiffs.

**JP Morgan Chase Bank, N.A.,**

Defendant.
_________________________________/

**ORDER AFFIRMING REPORT AND RECOMMENDATION**

THIS CAUSE came before the Court on the Defendant's Motion to Dismiss [ECF No. 28] and Magistrate Judge Bruce E. Reinhart's Report and Recommendation (the "Report") on the same. [ECF No. 50]. Being fully advised, it is **ORDERED AND ADJUDGED** that,

1. The Report **[ECF No. 50]** is **AFFIRMED.**
2. The Motions to Dismiss **[ECF No. 28]** is **GRANTED**.
3. The Amended Complaint **[ECF No. 23]** is **DISMISSED WITHOUT PREJUDICE,** with leave to file an amended complaint within **14 DAYS** of this order.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 10th day of September 2026.

**ED ARTAU**
**UNITED STATES DISTRICT JUDGE**

Copies Served:

**Jason S. Haselkorn**
Haselkorn & Thibaut, P.A.
359 South County Road
Suite 101

Palm Beach, FL 33480
561-585-0000
Email: jhaselkorn@htattorneys.com

**Charles Leroy Pickett , Jr.**
Charles L. Pickett, P.A.
2273 Pineapple Ave
Melbourne, FL 32958
561-702-1435
Email: Cpickett@ciklinlubitz.com

**Courtney M Keller**
Greenberg Traurig, P.A.
450 South Orange Avenue
Suite 650
Orlando, FL 32801
407.254.2610
Email: kellerc@gtlaw.com